No. 427. GRISSINGER *v.* UNITED STATES. October 23, 1933. Petition for writ of certiorari to the Court of Claims, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Harry H. Semmes* for petitioner. No appearance for the United States. 

No. 123. CUFF *v.* UNITED STATES ET AL. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Martin R. Cuff, pro se.* No appearance for the United States et al. 

No. 260. SPIVEY *v.* GULF, COLORADO & SANTA FE RY. Co. October 23, 1933. Petition for writ of certiorari to the Court of Civil Appeals, Third Supreme Judicial District, of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Winbourn Pearce* for petitioner. No appearance for respondent. 

No. 527. REID *v.* ADERHOLD, WARDEN. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. William J. Reid, pro se.* No appearance for respondent.